UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. DONOVAN

    Plaintiff

V.

                         CIVIL ACTION:22-10667-RWZ

CURTAIN ELECTRICAL
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                June 6, 2023

    The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                    By the Court,

                                                    s/ Lisa A. Urso
                                                    Deputy Clerk